# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00492-CV

**In re Central Texas Refuse, LLC and Rush Truck Centers of Texas, L.P., d/b/a Rush Crane & Refuse Systems, Appellant**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Central Texas Refuse, LLC and Rush Truck Centers of Texas, L.P., d/b/a Rush Crane & Refuse Systems have filed an agreed motion to dismiss their petition for writ of mandamus and to lift the temporary stay imposed by our May 29, 2026 order. Relators state that the parties to the underlying suit have reached a full and final settlement of all claims among all parties, that the relief sought by their mandamus petition is no longer needed, and that their mandamus petition and related request for temporary relief are now moot. We grant the motion, dismiss this original proceeding, and lift the temporary stay. *See, e.g.*, *In re First United Methodist Church of Round Rock*, No. 03-11-00056-CV, 2011 WL 589908, at *1 (Tex. App.—Austin Feb. 18, 2011, orig. proceeding) (mem. op.) (dismissing mandamus petition and request for temporary relief on relator's motion pursuant to parties' settlement).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Ellis

Dismissed on Relators' Motion

Filed:   June 5, 2026